**FILED**

09/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0582

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0582

_____

JEFFREY INCE, NANCY SKARVAN-INCE
and LEONARD SKARVAN,

     Plaintiffs and Appellees,

v.

THOMAS JOLLEY and KELLY JOLLEY,

     Defendants and Appellants.

_____

O R D E R

**FILED**

SEP 1 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellees Jeffrey Ince, Nancy Skarvan-Ince, and Leonard Skarvan has filed notice that the case before the Montana Bankruptcy Court has been discharged, and the claims against Appellants Thomas Jolley and Kelly Jolley have been satisfied. Accordingly, this appeal is rendered moot. Therefore,

IT IS HEREBY ORDERED that this appeal is DISMISSED with prejudice.

The Clerk is directed to provide copies of this Order to Thomas and Kelly Jolley and to all counsel of record.

DATED this 13 day of September, 2024.

For the Court,

By _____
          Chief Justice